IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01580-WYD-BNB

CHARLOTTE,

    Plaintiff(s),

v.

MADELIN NELSON; and
MICHAEL KEMPF,

    Defendant(s).

---

**ORDER AFFIRMING AND ADOPTING AMENDED RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on the following motions: (1) Motion to Dismiss Civil Filing and for an Order Awarding Attorney's Fees to Michael Kempf (docket #6), filed September 13, 2006; (2) Motion to Dismiss Civil Filing and for an Order Awarding Attorney's Fees to Madelin Nelson (docket #10), filed October 13, 2006; and (3) Motion to Strike Pursuant to Rule 12(f), Motion to Dismiss with Prejudice and Request for Protective Relief. . . (docket #23), filed December 19, 2006.  These motions were referred to Magistrate Judge Boyd N. Boland for a recommendation by Order of Reference.  Magistrate Judge Boland issued an Amended Recommendation on August 10, 2007, that the above referenced motions be granted in part and denied in part.  (Recommendation at 1.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were

due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 9-10.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Boland is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced motions should be denied in part and granted in part. Accordingly, it is hereby

ORDERED that the Amended Recommendation of United States Magistrate Judge Boland (docket #37) dated August 10, 2007, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that the following motions: (1) Motion to Dismiss Civil Filing and for an Order Awarding Attorney's Fees to Michael Kempf (docket #6); (2) Motion to Dismiss Civil Filing and for an Order Awarding Attorney's Fees to Madelin Nelson (docket #10); and (3) Motion to Strike Pursuant to Rule 12(f), Motion to Dismiss with Prejudice and Request for Protective Relief. . . (docket #23) are **GRANTED IN PART and DENIED IN PART** as follows:

**GRANTED** insofar as they seek dismissal of this action, and

**DENIED** in all other respects. It is

FURTHER ORDERED that Complaint is **DISMISSED WITHOUT PREJUDICE**

for lack of subject matter jurisdiction.

Dated: August 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge